IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






PD-NO. 1298-07





HARRY JAMES TACKETT, Appellant



v.



THE STATE OF TEXAS






ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

FROM THE EIGHTH COURT OF APPEALS

WARD COUNTY 





Per curiam. Keasler and Hervey, JJ., dissent.


ORDER

 The petition for discretionary review violates Rules of Appellate Procedure 9.3 and
68.4(i), because the original petition is not accompanied by 11 copies and it does not
contain a copy of the opinion of the court of appeals dated October 18, 2007.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition must be filed in the
COURT OF CRIMINAL APPEALS within thirty days after the date of this order.

En banc

Delivered: November 21, 2007

Do Not Publish